

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00014-CV

Sherman Patrick Wayne **MILLER**,
Appellant

v.

Lee Ann Marie **MILLER**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-12-51753-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We ORDER that appellee Lee Ann Marie Miller recover her costs of this appeal, if any, from appellant Sherman Patrick Wayne Miller.

SIGNED July 9, 2014.

_____
Marialyn Barnard, Justice